UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

HENRY YOVANI PEREZ GOMEZ,

                   Petitioner,

          v.                                              Case No. 26-cv-0871-bhl

DALE J. SCHMIDT, et al.,

                   Respondents.

## ORDER DENYING EMERGENCY INJUNCTIVE RELIEF

On May 18, 2026, Petitioner Henry Yovani Perez Gomez filed a petition for writ of habeas corpus under 28 U.S.C. §2241 challenging the legality and constitutionality of his continued immigration detention and paid the $5.00 filing fee.  (ECF No. 1.)  The case was assigned to Magistrate Judge William E. Duffin.  That same day, Perez Gomez filed an Emergency Motion for Temporary Restraining Order, Emergency Stay of Removal, Preliminary Injunction, and Request for Constitutionally Adequate Custody Review.  (ECF No 5.)  On May 19, 2026, Perez Gomez filed an Emergency Motion to Update Detention Location, Preserve the Court's Jurisdiction, Prevent Transfer or Removal and Maintain Status Quo Pending Habeas Review. (ECF No. 8.)  Perez Gomez's motion for injunctive relief, (ECF No. 5), was referred to this Court for a ruling.  On May 21, 2026, Respondents United States Immigration and Customs Enforcement (ICE), United States Department of Homeland Security (DHS) and United States Department of Justice (DOJ) (collectively, the "Respondents"), by and through counsel, filed a preliminary response to Perez Gomez's emergency motions and served Perez Gomez.  (ECF Nos. 9 & 10.)

Respondents report that as of their response date and according to agency records, Perez Gomez is physically located at the Winn Correctional Center in Winnfield, Louisiana.  (ECF No. 9 at 1.)  Venue appears proper in this Court, however, because Perez Gomez submitted a Petition for Writ of Habeas Corpus to prison authorities for mailing on May 15, 2026, (*see* ECF No. 1-1), on which date agency records indicate he was physically located at Dodge County Jail in Juneau, Wisconsin.  *See Gamboa v. Daniels*, 26 F.4th 410, 414 (7th Cir. 2022) (citing *Rumsfeld v. Padilla*,

542 U.S. 426, 441 (2004)); Rule 3(d), Rules Governing Section 2254 Cases in the United States District Courts.

Respondents further report that according to the administrative record in Gomez Perez's removal proceedings before the Executive Office of Immigration Review, Gomez Perez (through counsel) requested and was granted Voluntary Departure from the United States on May 7, 2026. (*See* ECF No. 9-1 at 3–6.) Both Petitioner and DHS waived administrative appeal of this order, (*id.* at 6), and, at the time of filing the response, no motion to reopen Gomez Perez's underlying removal proceedings had been submitted on his behalf. (ECF No. 9 at 2.) Respondents are therefore making necessary preparations to effectuate Gomez Perez's Voluntary Departure from the United States. (*Id.*) Gomez Perez has filed no additional documents or briefing contesting Respondents' assertions.

Based upon Gomez Perez's Voluntary Departure, the Court finds that he has failed to show sufficient cause for granting the emergency relief he requests, which would serve no purpose other than to delay a departure that he himself requested. The Court will therefore deny Gomez Perez's emergency motion for injunctive relief.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Emergency Motion for Temporary Restraining Order, Emergency Stay of Removal, Preliminary Injunction, and Request for Constitutionally Adequate Custody Review, ECF No 5, is **DENIED**.

**IT IS FURTHER ORDERED** that this matter is no longer referred and is returned to Magistrate Judge Duffin for further proceedings.

Dated at Milwaukee, Wisconsin on June 5, 2026.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge