# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**HENRY YOVANI PEREZ GOMEZ,**

**Petitioner,**

**v.**                                            **Case No. 26-CV-871**

**WARDEN ELEAZAR GARCIA,** *et al.,*

**Respondent.**

---

## RECOMMENDATION AND ORDER

---

On May 18, 2026, Henry Yovani Perez Gomez filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging the legality of his continued immigration detention. (ECF No. 1.) Upon screening, the court determined that certain factual discrepancies required further explanation before the petition could proceed and ordered Perez Gomez to file a supplement to his petition no later than July 1, 2026. (ECF No. 12.) That deadline has passed without further communication from Perez Gomez.

Certain court mail sent to Perez Gomez was also returned to the court on June 25, 2026, with a "return to sender" stamp and the word "released" written next to the stamp's "reason" line. (ECF No. 13 at 3.) A second court order was returned on July 2, 2026, as "not deliverable" and "unable to forward" with no reason listed. (ECF No. 14 at 1.)

Because it appears that Perez Gomez is either no longer interested in pursuing this action or that it has been mooted by his release, the court will recommend that his petition be dismissed. While Perez Gomez may not be entitled to habeas relief now, it does not prevent him from seeking habeas relief at some later date if appropriate.

Because not all parties have had the opportunity to consent to the jurisdiction of a magistrate judge, the Clerk of Court will randomly assign the case to a district judge for consideration of this court's recommendation that the action be dismissed. *See Coleman v. Labor & Indus. Review Comm'n*, 860 F.3d 461, 475 (7th Cir. 2017) (holding that a magistrate judge cannot "resolve the case finally" "unless all parties to the action have consented to the magistrate judge's authority").

**IT IS THEREFORE RECOMMENDED** that Perez Gomez's petition and this action be **dismissed without prejudice**.

**IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Fed. R. Civ. P. 72(b)(2), any written objections to any recommendation herein or part thereof shall be filed within fourteen days of service of this recommendation. Failure to timely object waives a party's right to review.

Dated at Milwaukee, Wisconsin this 6th day of July, 2026.

WILLIAM E. DUFFIN
U.S. Magistrate Judge

2